GASPAR *v.* GUENTHER ET AL.; CITY OF SHEFFIELD LAKE ET AL., APPELLANTS;

MCCULLOUGH, APPELLEE.

[Cite as *Gaspar v. Guenther,* 122 Ohio St.3d 34, 2009-Ohio-2363.]

*Judgment of the court of appeals affirmed on the authority of. Gen. Acc. Ins. Co.*
*v. Ins. Co. of N. Am.*

(No. 2008-1869 — Submitted May 19, 2009 — Decided May 27, 2009.)

APPEAL from the Court of Appeals for Lorain County, No. 08CA009390.

_____

**{¶ 1}** This cause was held for the decision in *Walburn v. Dunlap*, 121 Ohio St.3d 373, 2009-Ohio-1221, 904 N.E.2d 863.

**{¶ 2}** Because the court of appeals properly applied *Gen. Acc. Ins. Co. v. Ins. Co. of N. Am.* (1989), 44 Ohio St.3d 17, 540 N.E.2d 266, the judgment of the court of appeals is affirmed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

_____

Mansour, Gavin, Gerlack & Manos Co., L.P.A., and John F. Burke III, for appellee.

Weston Hurd, L.L.P., and Shawn W. Maestle, for appellants.

_____